# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY HEDGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 06-CV-0498-MJR |
| ) | |
| WALT'S DRIVE-A-WAY SERVICE INC., ) | |
| DINO'S TRUCKING, and ) | |
| PACIFIC TRAILER REPAIR ) | |
| SERVICES, LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER

**REAGAN, District Judge:**

On May 26, 2006, Plaintiff Anthony Hedge filed this action against Walt's Drive-a-way Service (Walt's), Dino's Trucking (Dino's), and Pacific Trailer Repair Services (PTRS) in the Circuit Court of St. Clair County, Illinois. Dino's removed the case to this Federal District Court on June 24, 2006 (Doc. 2).

On July 6, 2006, Walt's filed a cross claim for contribution against PTRS (Doc. 9). On August 21, 2006, PTRS filed cross claims for contribution against Walt's and Dino's (Doc. 21 & 22). As all parties have reached a settlement, Walt's now moves to dismiss its cross claim against PTRS with prejudice (Doc. 77). Additionally, PTRS moves to voluntarily dismiss its cross claims against Dino's and Walt's with prejudice (Docs. 74 & 75). No parties object to the motions to voluntarily dismiss.

**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)** provides that where a defendant has answered the complaint or filed a motion for summary judgment, "an action shall not be

dismissed at the plaintiff's instance save upon order of the court and upon such terms and conditions as the court deems proper."

Pursuant to Rule 41, the Court hereby **GRANTS** the motions to dismiss (Docs. 74, 75, & 77), **DISMISSES** Walt's cross claim for contribution against PTRS **with prejudice**, **DISMISSES** PTRS's cross claim for contribution against Walt's **with prejudice**, and **DISMISSES** PTRS's cross claim for contribution against Dino's **with prejudice**.

**IT IS SO ORDERED.**

**DATED this 28th day of February 2008.**

                                         **s/ Michael J. Reagan**
                                         **MICHAEL J. REAGAN**
                                         **United States District Judge**